GARCIA HERNÁNDEZ SAWHNEY, LLP
Geoffrey T. Tong (SBN 140312)
  *gtong@ghslaw.com*
Alex C. Sears (SBN 232491)
  *asears@ghslaw.com*
330 N. Brand Blvd., Suite 680
Glendale, California 91203
Tel: (213) 347-0210
Fax: (213) 347-0216

*Attorneys for Defendant*
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENOVEVA G. MORENO, ESTEBAN MORENO,<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB LIFE INSURANCE COMPANY OF AMERICA; LINCOLN FINANCIAL GROUP, LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, and DOES 1 to 100,<br><br>Defendants. | Case No.: 5:23-cv-05959-EJD<br><br>Assigned to Hon. Edward J. Davila, Courtroom 4<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE SCHEDULE** |

The parties, through undersigned counsel, wish to inform the Court that they reached a settlement in principle of the above captioned action on or about February 2, 2024. The settlement is currently memorialized in a settlement and release agreement, which the parties expect to be fully executed soon, with a stipulation for dismissal to be filed with the Court shortly thereafter.

The parties jointly request that the Court vacate the current scheduling order and all other upcoming hearings and deadlines, including the April 4, 2024 initial case management conference.

| | |
|---|---|
| Dated: February 14, 2024 | LAW OFFICES OF DONALD C. SCHWARTZ |
| | */s/ Donald C. Schwartz* |
| | Donald C. Schwartz |
| | *Attorneys for Plaintiffs* |
| | GENOVEVA G. MORENO and ESTEBAN MORENO |
| Dated: February 14, 2024 | GARCIA HERNÁNDEZ SAWHNEY, LLP |
| | */s/ Geoffrey T. Tong* |
| | Geoffrey T. Tong |
| | *Attorneys for Defendant* |
| | THE LINCOLN NATIONAL LIFE INSURANCE COMPANY |

**SIGNATURE ATTESTATION**

Pursuant to L.R. Civ. 5.1, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.