GARCIA HERNÁNDEZ SAWHNEY, LLP
Geoffrey T. Tong (SBN 140312)
  gtong@ghslaw.com
Alex C. Sears (SBN 232491)
  asears@ghslaw.com
330 N. Brand Blvd., Suite 680
Glendale, California 91203
Tel: (213) 347-0210
Fax: (213) 347-0216

*Attorneys for Defendant*
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENOVEVA G. MORENO, ESTEBAN MORENO,<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB LIFE INSURANCE COMPANY OF AMERICA; LINCOLN FINANCIAL GROUP, LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, and DOES 1 to 100,<br><br>Defendants. | Case No.: 5:23-cv-05959-EJD<br><br>Assigned to Hon. Edward J. Davila, Courtroom 4<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION [F.R.C.P. 41]**<br><br>Removal Date:   Nov. 17, 2023 |

1
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: April 8, 2024                LAW OFFICES OF DONALD C. SCHWARTZ

*/s/ Donald C. Schwartz*
Donald C. Schwartz
*Attorneys for Plaintiffs*
GENOVEVA G. MORENO and ESTEBAN MORENO

Dated: April 8, 2024                GARCIA HERNÁNDEZ SAWHNEY, LLP

*/s/ Geoffrey T. Tong*
Geoffrey T. Tong
*Attorneys for Defendant*
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

### SIGNATURE ATTESTATION

Pursuant to L.R. Civ. 5.1, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.